O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ELOPRE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF NORWALK,<br><br>　　　　　Respondent. | Case No. CV 15-09014-DMG (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation were filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action with  prejudice.

DATED:  September 26,2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED  STATES  DISTRICT JUDGE