**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ELOPRE,<br><br>    Petitioner,<br><br>vs.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF NORWALK,<br><br>    Respondent. | Case No. CV 15-09014-DMG (KES)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and the entire action is dismissed with prejudice.

DATED:  September 26, 2016

                                                  DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE